United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 5, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

No. 03-50539
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER O'NEAL JACKSON,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
(W-02-CR-00130-ALL)

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Christopher O'Neal Jackson appeals his sentence following his conviction of possession with intent to distribute a substance containing cocaine base, in violation of 21 U.S.C. § 841(a)(1). Jackson maintains that the evidence the district court used in determining the sentence lacked the sufficient indicia of reliability required by U.S.S.G. § 6A1.3.

The evidence considered in determining Jackson's sentence had sufficient indicia of reliability to support its probable accuracy.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*See* **United States v. Davis**, 76 F.3d 82, 84 (5th Cir. 1996). Jackson has not met his burden of showing that the information upon which the district court relied is materially untrue. *See* **id**.

*AFFIRMED*